IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVETA J. TIBBETT  　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　NO.  1:04CV00088 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE